IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) STEPHEN PARMENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1) CITY OF NOWATA, OKLAHOMA, )<br>)<br>Defendant. ) | Case No.: 19-CV-431-TCK-JFJ |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendant City of Nowata, Oklahoma, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: */s/Frank W Frasier*
Steven R. Hickman, OBA #4172
Frank W Frasier, OBA #17864
1700 Southwest Blvd.
Tulsa, OK 74107
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com
Attorneys for Plaintiff

and

2023-01-17 8:08 am
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\PARMENTER, Stephen 19-0034 (Closed)\Stipulation of Dismissal.wpd/vs

Page 1

BEST & SHARP

By: ***/s/ Thomas A. LeBlanc***
Thomas A. LeBlanc, OBA #14768
Emily K. Wilson, OBA #33091
One West Third Street, Suite 900
Tulsa, OK 74103
Phone: 918-582-1234
Fax: 918-585-9447
Email: tleblanc@bestsharp.com
ewilson@bestsharp.com
Attorneys for Defendant

2023-01-17 8:08 am
\\Ffh-vm-dc\company\Clients\OPEN\Vicki\@aashley clients\PARMENTER, Stephen 19-0034 (Closed)\Stipulation of Dismissal.wpd/vs

Page 2